# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § Criminal Action No. 4:20-CR-358 |
| | § Judge Mazzant |
| NEERAJ JINDAL (1) | § |

## VERDICT OF THE JURY

We, the jury, find as follows:

### COUNT ONE

As to the offense charged in Count One of the First Superseding Indictment, we the Jury find the defendant **Neeraj Jindal**:

_____ Guilty        ✓_____ Not Guilty

### COUNT TWO

As to the offense charged in Count Two of the First Superseding Indictment, we the Jury find the defendant **Neeraj Jindal**:

_____ Guilty        ✓_____ Not Guilty

### COUNT THREE

As to the offense charged in Count Three of the First Superseding Indictment, we the Jury find the defendant **Neeraj Jindal**:

✓_____ Guilty        _____ Not Guilty

Date: 4-14-22         Foreperson: ZT

# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal Action No. 4:20-CR-358 |
|  | § | Judge Mazzant |
| JOHN RODGERS (2) | § | |

### **VERDICT OF THE JURY**

We, the jury, find as follows:

### COUNT ONE

As to the offense charged in Count One of the First Superseding Indictment, we the Jury find the defendant **John Rodgers**:

_____ Guilty          \_\_\_✓\_\_\_ Not Guilty

### COUNT TWO

As to the offense charged in Count Two of the First Superseding Indictment, we the Jury find the defendant **John Rodgers**:

_____ Guilty          \_\_\_✓\_\_\_ Not Guilty

### COUNT FOUR

As to the offense charged in Count Four of the First Superseding Indictment, we the Jury find the defendant **John Rodgers**:

_____ Guilty          \_\_\_✓\_\_\_ Not Guilty

1

Date: 4-14-22        Foreperson: __